

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00439-CR

Enrique **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2017-CRM-001083-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 12, 2019.

_____
Liza A. Rodriguez, Justice